UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | EDCV 17-0729-AG (KK) | Date: | May 30, 2017 |
| Title: | *Riley v. County of Riverside, et al.* | | |

Present: The Honorable KENLY KIYA KATO, UNITED STATES MAGISTRATE JUDGE

| DEB TAYLOR | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:** Order re: Failure to File Complete Request to Proceed <u>In Forma Pauperis</u> [Dkt. 6]

The Court is in receipt of Plaintiff's request to proceed <u>in forma pauperis</u> filed on May 22, 2017. ECF Docket No. ("Dkt.") 6. Plaintiff, however, has failed to include a Certificate of Authorization with his request. Thus, the Clerk is directed to mail Plaintiff a blank copy of the district's form <u>in forma pauperis</u> request (CV-060P). Plaintiff shall have until **June 13, 2017** to file the Certificate of Authorization signed by an authorized officer of Chuckawalla Valley State Prison with a copy of his Inmate Trust Account Statement.

Plaintiff is expressly warned that his failure to timely comply with this Order will result in his request to proceed <u>in forma pauperis</u> being denied.

**IT IS SO ORDERED.**